UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE ROE 1; JANE ROE; JOHN ROE,

                Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-10188 (LLS)

CIVIL JUDGMENT

---

Pursuant to the order issued August 27, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiffs' failure to: (1) submit under seal an amended complaint with their real names, signatures, and addresses; (2) submit a motion to proceed anonymously; and (3) pay the $402.00 in filing fees or each Plaintiff request authorization to proceed *in forma pauperis*.[1] *See* 28 U.S.C. §§ 1914, 1915.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs at the following address: 244 Fifth Avenue, Suite 2992, New York, NY 10001, and note service on the docket.[2]

SO ORDERED.

Dated:   August 27, 2021
           New York, New York

                                                *Louis L. Stanton*
                                                Louis L. Stanton
                                                      U.S.D.J.

---

[1] The Court's December 7, 2020 order directed Plaintiffs to pay $400 in filing fees, but on December 1, 2020, the filing fees required to file a federal civil action increased to $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Because Plaintiffs filed this action on December 3, 2020, the filing fee increase would apply to this action.

[2] Plaintiffs have not provided a physical or email addresses to the Court for this action. The Court is directing the Clerk of Court to mail the order to an address John Roe provided in one of the cases he filed in his own name. *See Rosenberg v. City of New York*, ECF 1:20-CV-3911, 1 (S.D.N.Y. Sept. 14, 2020).